UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ZACHARY DANIEL ENTZ,

Defendant.

CASE NO. **2:22-mj-00362-BAT**

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by complaint with Escape from Custody. The complaint alleges Defendant was sentenced to serve 78 month of imprisonment. He was transferred from Lompoc USC to Pioneer Fellowship House in Seattle on May 24, 2022 to serve the balance of his prison sentence. On June 24, 2022, Defendant called Pioneer Fellowship house at 1:30 am claiming he was receiving medical treatment; he called again at 2:45 am claiming he was awaiting his test

DETENTION ORDER - 1

results. At 4:10 am, staff at Pioneer House called St. Anne's hospital and was informed Defendant has been discharged at 1:00 am. Defendant was placed on escape status at 7:21 am. About July 8, 2022, Defendant left a voicemail with Pioneer House asking the House allow Natasha Chambers to pick up his property, Until his arrest, Defendant's whereabouts was unknown. Defendant has a lengthy criminal history, has failed to appear for court hearings on numerous occasions, and was arrested according to the pretrial report under circumstances indicating he was engaged in criminal conduct. Defendant is a flight risk and danger to the community and no conditions of release will ensure he does not flee given the alleged conduct. Further, Defendant has not finished his prison sentence and should be held to complete his original sentence.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DETENTION ORDER - 2

DATED this 12th day of August, 2022.

                                              _____
                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

DETENTION ORDER - 3